FC

# United States District Court

DISTRICT OF RHODE ISLAND

GRAND BANKS YACHTS LTD.,
GRAND BANKS YACHTS PTE LTD. and
GRAND BANKS YACHTS SDN BHD,
Plaintiffs
V.

EDWARD A. ROBERTS,
Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06 174T

TO: (Name and address of defendant)

Edward A. Roberts
24 Houston Avenue
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

April 18, 2006
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE May 2 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* DENNIS M. TABER | TITLE |

*Check one box below to indicate appropriate method of service*

CONSTABLE, STATE OF RI
LICENSE #6148

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Nancy Roberts
22 Gilroy St Newport RI

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-2-06
*Date*

Dennis M Taber
*Signature of Server*

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148
*Address of Server*

2006 MAY -8 A 11:32
DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.