18 May 06

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

RE: Grand Banks v. Edward Roberts CA 06 174 T

Dear Mr. Magratten,

Please accept this letter as a request for a 20 day extension to respond to the summons dated 18 April in the above referenced matter. As I read the summons I believe the deadline to respond is tomorrow.

This suit is being brought against me because I gave an affidavit to U.S. District Court in Maryland and you claim I thus violated the confidentiality agreement with my former employer Grand Banks.

As will come as no surprise to you given your familiarity with the business I am in, I have been traveling extensively and it has been impractical for me to focus properly on preparing to respond to the summons. I have not, as yet, engaged counsel to represent me.

I am unsure as to how to proceed to request this extension other than by way of this correspondence. I am therefore hopeful you will agree to the extension by virtue of this letter requesting the extension.

Please also note my new address below.

With Best Regards,

Edward A. Roberts
22 Gilroy Street
Newport, RI 02840

cc: U.S. District Court
One Exchange Terrace
Providence, RI 02903