**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GRAND BANKS YACHTS LTD.,
GRAND BANKS YACHTS PTE LTD. and
GRAND BANKS YACHTS SDN BHD,
*Plaintiffs,*

VS.

EDWARD A. ROBERTS,
*Defendant.*

CASE NO.: CA 06-174T

**ENTRY OF APPEARANCE**

We, Michel A. Kelly, Esquire, and Keith E. Fayan, Esquire, hereby enter our appearance in the within action on behalf of the Defendant, EDWARD A. ROBERTS.

Michael A. Kelly, Esquire, is designated trail counsel.

Respectfully submitted,

Michael A. Kelly, Esquire (#2116)
Keith E. Fayan, Esquire (#7065)
Law Offices of Michael A. Kelly
55 Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: 6/9/06

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Entry of Appearance to be mailed, postage prepaid, to Brooks R. Magratten, Esquire, and Timothy M. Bliss, Esquire, Vetter & White, 20 Washington Place, Providence, RI 02903 on this 9th day of June, 2006.