FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND BANKS YACHTS LTD.,
GRAND BANKS YACHTS PTE LTD. and
GRAND BANKS YACHTS SDN BHD,
*Plaintiffs,*

CASE NO.: CA 06-174T

VS.

EDWARD A. ROBERTS,
*Defendant.*

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE REPLY**

**NOW COMES**, the Defendant, Edward A. Roberts, (hereinafter the "Defendant"), and hereby moves this Honorable Court for an extension of time in which to file an answer or otherwise respond to the Plaintiffs complaint pursuant to Rule 7 and Rule 12 of the Federal Rules of Civil Procedure, and Local Rule 7.

As grounds therefore, the Defendant asserts that the undersigned counsel have recently entered their appearance on behalf of the Defendant and require additional time to review the complaint, investigate the allegations and prepare an answer.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court issue an order extending the time in which the Defendant may file an answer or otherwise respond to the Plaintiffs' complaint by thirty (30) days from the date this motion is filed, that date being Monday, July 10, 2006.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
6/20/06

*[Remainder of Page Intentionally Blank]*

Respectfully submitted,

**EDWARD A. ROBERTS**

By and through his attorneys,

Michael A. Kelly, Esquire (#2116)
Keith E. Fayan, Esquire (#7065)
Law Offices of Michael A. Kelly
55 Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: 9 June, 2006

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within motion to be mailed, postage prepaid, to Brooks R. Magratten, Esquire, and Timothy M. Bliss, Esquire, Vetter & White, 20 Washington Place, Providence, RI 02903 on this 9th day of June, 2006.