UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GRAND BANKS YACHTS, LTD., ET AL.

Plaintiffs

v.                                           C.A. No.  06-174T

EDWARD ROBERTS

Defendant

ORDER DENYING MOTION TO SEAL

For reasons stated in open court on August 30, 2006, defendant's motion to seal the exhibit in support of his motion to dismiss is hereby denied.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: 9/7/06