**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GRAND BANKS YACHTS, LTD., ET AL.

Plaintiffs

v. C.A. No. 06-174T

EDWARD ROBERTS

Defendant

**ORDER DENYING MOTION TO SEAL**

For reasons stated in open court on August 30, 2006, defendant's motion to seal the exhibit in support of his motion to dismiss is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 9/7/06