UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND BANKS YACHTS LTD, GRAND BANKS YACHTS PTE LTD and GRAND BANKS YACHTS SDN BHD, Plaintiffs | ) | C.A. No. 06-174T |
| v. | ) | |
| EDWARD A. ROBERTS, Defendant | ) | |

**PLAINTIFFS' MOTION TO REDACT EXHIBIT TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Grand Banks Yachts Ltd., Grand Banks Yachts Pte Ltd and Grand Banks Yachts Sdn Bhd (collectively, "Grand Banks") move to redact their confidential business information from the document filed by defendant as Exhibit A to his memorandum of law in support of his motion to dismiss. Grand Banks respectfully requests that the document filed by defendant be removed from the record and replaced by a redacted version of the document, a copy of which is attached hereto as Exhibit 1.

Defendant files herewith a supporting memorandum of law.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: September 29, 2006

**CERTIFICATE OF SERVICE**

To:

Michael A. Kelly, Esq.
Keith E. Fayan, Esq.
Law Offices of Michael A. Kelly
55 Pine Street - Suite 5000
Providence RI 02903

I hereby certify that I electronically filed this motion on September 29, 2006. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND BANKS YACHTS LTD, GRAND BANKS YACHTS PTE LTD and GRAND BANKS YACHTS SDN BHD, Plaintiffs | ) | C.A. No. 06-174T |
| v. | ) | |
| EDWARD A. ROBERTS, Defendant | ) | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO REDACT EXHIBIT TO DEFENDANT'S MOTION TO DISMISS**

## I. BACKGROUND

Grand Banks Yachts, Ltd., Grand Banks Yachts Pte Ltd and Grand Banks Yachts Sdn Bhd (collectively, "Grand Banks") move to redact their confidential business information from a document filed by defendant as an exhibit to his motion to dismiss Grand Banks' complaint. Defendant filed this document, a severance agreement between Grand Banks and defendant ("Agreement"), in violation of Section 11A of the Agreement, in which defendant agreed to keep the terms of the Agreement confidential.

After Grand Banks notified defendant that he had breached the terms of the Agreement by filing it publicly, defendant filed a motion to seal. This Court denied the motion to seal the entire Agreement, but acknowledged at a hearing thereon that portions of the Agreement may contain confidential business information that could be redacted. Grand Banks now moves to redact its confidential information from the copy that defendant publicly filed with this Court. Grand Banks has submitted a redacted copy of the Agreement as Exhibit 1 to its Motion to Redact Exhibit to Defendant's Motion to Dismiss, which it respectfully requests that this Court substitute for the unredacted copy filed by defendant.

## II. ARGUMENT

Grand Banks alleges that defendant violated the terms of the Agreement when he provided four affidavits containing Grand Banks' confidential information to a third party that were then filed publicly in court proceedings and also in private arbitration proceedings between Grand Banks and the third party. Grand Banks filed this action against defendant, in which it has pled counts for breach of contract and unjust enrichment, seeking to recover the consideration paid to defendant pursuant to the Agreement, the payment of which was contingent upon his compliance with the terms of [the] Agreement.

Section 3 of the Agreement sets forth the amount of payment made to defendant by Grand Banks. Section 3, however, also sets forth the defendant's salary while he was employed as a Grand Banks' executive. In addition, Section 8 sets forth specific benefits paid to defendant in connection with his termination. This is Grand Banks' confidential business information. Moreover, the amount of salary and benefits paid to defendant at the time of his termination, which Grand Banks now seeks to redact from the Agreement, is not germane to the present dispute over whether the defendant violated the Agreement.

Other courts have permitted similar extraneous, but confidential, business information to be redacted from litigation documents. See Minebea Co. Ltd. v. Papst, 221 F.R.D. 11, 12 (D.D.C. 2004) (ordering parties to "redact . . . confidential financial, technical and/or proprietary business information [from documents] filed on the public record"); ( Seltel, Inc. v. KMTR, Inc., 1993 WL 498066, *3 (S.D.N.Y. 1993) (holding that a producing entity "shall be permitted to redact all business terms and proprietary information, the crucial issue being simply the existence of conflicts and not the terms of the agreements or proposals"). Therefore, Grand Banks respectfully requests that it be permitted to redact information regarding defendant's salary and benefits from the version the Agreement filed with the Court.

## III. CONCLUSION

For all the foregoing reasons, Grand Banks respectfully requests that the unredacted version of the Agreement filed by defendant be removed from the record and replaced by a redacted version of the document.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: September 29, 2006

## CERTIFICATE OF SERVICE

To:

Michael A. Kelly, Esq.
Keith E. Fayan, Esq.
Law Offices of Michael A. Kelly
55 Pine Street - Suite 5000
Providence RI 02903

I hereby certify that I electronically filed this memorandum on September 29, 2006. The memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss