UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GRAND BANKS YACHTS, LTD.

v. CA No. 06-174

EDWARD A. ROBERTS

**ORDER DENYING MOTION TO DISMISS**

Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed.R.Civ.P. 12(b)(1) is hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: October 6, 2006