**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GRAND BANKS YACHTS LTD.,<br>GRAND BANKS YACHTS PTE LTD. and<br>GRAND BANKS YACHTS SDN BHD,<br>*Plaintiffs,*<br><br>VS.<br><br>EDWARD A. ROBERTS,<br>*Defendant.* | CASE NO.: CA 06-174T |

# ANSWER

**NOW COMES** Edward A. Roberts (the "Defendant") and hereby Answers the Plaintiffs' (the "Plaintiffs") Complaint pursuant to the Federal Rules of Civil Procedure as follows:

1. Defendant is without sufficient information to either admit or deny the allegations as asserted in Paragraph 1 of Plaintiffs' Complaint.

2. Defendant is without sufficient information to either admit or deny the allegations as asserted in Paragraph 2 of Plaintiffs' Complaint.

3. Defendant is without sufficient information to either admit or deny the allegations as asserted in Paragraph 3 of Plaintiffs' Complaint.

4. Defendant admits the allegations asserted in Paragraph 4 of Plaintiffs' Complaint.

5. Defendant admits the allegations asserted in Paragraph 5 of Plaintiffs' Complaint.

6. Defendant admits the allegations as set forth in Paragraph 6 of Plaintiffs' Complaint.

7. Defendant admits the allegations as set forth in Paragraph 7 of Plaintiffs' Complaint.

8. Defendant denies the allegations as set forth in Paragraph 8 of Plaintiffs' Complaint.

9. Defendant admits the allegations as asserted in Paragraph 9 of Plaintiffs' Complaint.

10. Defendant denies the allegations as asserted in Paragraph 10 of Plaintiffs' Complaint.

11. Defendant denies the allegations as set forth in Paragraph 11 of Plaintiffs' Complaint.

12. Defendant denies the allegations as set forth in Paragraph 12 of Plaintiffs' Complaint.

13. Defendant denies the allegations as set forth in Paragraph 13 of Plaintiffs' Complaint.

14. Defendant denies the allegations as set forth in Paragraph 14 of Plaintiffs' Complaint.

15. Defendant denies the allegations as set forth in Paragraph 15 of Plaintiffs' Complaint.

16. Defendant denies the allegations as set forth in Paragraph 16 of Plaintiffs' Complaint.

17. Defendant denies the allegations as set forth in Paragraph 17 of Plaintiffs' Complaint.

18. Defendant denies the allegations as set forth in Paragraph 18 of Plaintiffs' Complaint.

19. Defendant denies the allegations as set forth in Paragraph 19 of Plaintiffs' Complaint.

20. Defendant denies the allegations as set forth in Paragraph 20 of Plaintiffs' Complaint.

21. Defendant repeats and realleges the admissions, denials and averments set forth in paragraphs 1-20 above.

22. Defendant denies the allegations as set forth in Paragraph 22 of Plaintiffs' Complaint.

23. Defendant denies the allegations as set forth in Paragraph 23 of Plaintiffs' Complaint.

24. Defendant denies the allegations as set forth in Paragraph 24 of Plaintiffs' Complaint.

25. Defendant denies the allegations as set forth in Paragraph 25 of Plaintiffs' Complaint.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court enter judgment against Plaintiffs and for the Defendant and further award Defendant reasonable attorneys' fees and costs and such other relief as this Court deems meet and just.

**AFFIRMATIVE DEFENSES**

1. Defendant affirmatively pleads that any and all statements made are entitled to the protections afforded by the First Amendment to the Constitution of United States of America.

2. Defendant affirmatively pleads that the Complaint fails to state a claim upon which relief can be granted.

3. Defendant affirmatively pleads the doctrine of waiver.

4. Defendant affirmatively pleads that the Complaint is barred by the equitable doctrine of unclean hands.

5. Defendant affirmatively pleads the defense of lack of jurisdiction over the subject matter.

6. Defendant affirmatively pleads that the Plaintiffs neglected to and/or refused to mitigate any damages suffered.

7. Defendant affirmatively pleads that the Plaintiffs' Complaint is barred by the doctrine of laches.

8. Defendant affirmatively pleads the doctrine of estoppel.

9. Defendant affirmatively pleads accord and satisfaction.

Respectfully submitted,

**EDWARD A. ROBERTS**

By and through his attorneys,

/s/ Keith E. Fayan .

Michael A. Kelly, Esquire (#2116)
Keith E. Fayan, Esquire (#7065)
Law Offices of Michael A. Kelly
55 Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: 23 October, 2006

**CERTIFICATION**

I hereby certify that I electronically filed this motion on October 23, 2006. The motion is available for viewing from the Court's Electronic Case Filing system ("ECF"). Plaintiffs' attorneys are identified below and are registered with the ECF system. Accordingly, they shall receive notice by electronic means.

Brooks R. Magratten, Esquire
Timothy M. Bliss, Esquire
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Keith E. Fayan______________