UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND BANKS YACHTS LTD, GRAND BANKS YACHTS PTE LTD and GRAND BANKS YACHTS SDN BHD, Plaintiffs | ) | C.A. No. 06-174T |
| v. | ) | |
| EDWARD A. ROBERTS, Defendant | ) | <u>STIPULATION</u> |

It is hereby agreed that plaintiffs shall have up to and including January 3, 2007, to respond to Defendant's First Request for the Production of Documents Propounded to the Plaintiffs.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ Keith E. Fayan
Michael A. Kelly, Esq., #2116
Keith E. Fayan, Esq., #7065
LAW OFFICES OF MICHAEL A. KELLY
Attorneys for Defendant
55 Pine Street – Suite 5000
Providence, Rhode Island 02903
(401) 490-7334
(401) 490-7874 FAX
mkelly@maklaw.com
kfayan@maklaw.com

Dated: November 22, 2006

**CERTIFICATE OF SERVICE**

To:

Michael A. Kelly, Esq.
Keith E. Fayan, Esq.
Law Offices of Michael A. Kelly
55 Pine Street - Suite 5000
Providence RI 02903

I hereby certify that I electronically filed this stipulation on November 22, 2006. The stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/ Timothy M. Bliss