**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GRAND BANKS YACHTS LTD.,<br>GRAND BANKS YACHTS PTE LTD. and<br>GRAND BANKS YACHTS SDN BHD,<br>*Plaintiffs,* | CASE NO.: CA 06-174T |
| VS. | |
| EDWARD A. ROBERTS,<br>*Defendant.* | |

**STIPULATION TO ENLARGE TIME**

It is hereby agreed that the Defendant shall have up to and including January 2, 2006, within which to respond to Plaintiffs' Interrogatories and Request for Production of Documents propounded upon the Defendant.

| | |
|---|---|
| Plaintiffs,<br>By their attorneys, | Defendants,<br>By their attorneys, |
| /s/ Timothy M. Bliss .<br>Brooks R. Magratten, Esq. #3585<br>Timothy M. Bliss, Esq. #6228<br>Vetter and White<br>20 Washington Place<br>Providence, RI 02903<br>Phone: (401) 421-3060<br>Fax: (401) 272-6803 | /s/ Keith E. Fayan .<br>Michael A. Kelly, Esq. #2116<br>John O. Mancini, Esq. #6061<br>The Law Offices of Michael A. Kelly<br>55 Pine Street, Suite 5000<br>Providence, RI 02903<br>Phone: (401) 490-7334<br>Fax: (401) 490-7874 |

Date: November 22, 2006

**CERTIFICATION**

I hereby certify that I electronically filed this motion on November 22, 2006. The motion is available for viewing from the Court's Electronic Case Filing system ("ECF"). Plaintiffs' attorneys are identified below and are registered with the ECF system. Accordingly, they shall receive notice by electronic means.

Brooks R. Magratten, Esquire
Timothy M. Bliss, Esquire
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Keith E. Fayan______________