UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND BANKS YACHTS, LTD. GRAND BANKS YACHTS, PTE LTD and GRAND BANKS YACHTS SDN BHD, Plaintiffs | ) | C.A. No. 06-0174/T |
| v. | ) | **NOTICE TO TAKE DEPOSITION OF DEFENDANT EDWARD ROBERTS** |
| EDWARD A. ROBERTS, Defendant | ) | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 plaintiff will take the deposition upon oral examination of defendant, Edward Roberts, on January 16, 2007 at 1:00 p.m. before a Notary Public or other qualified officer at the offices of VETTER & WHITE, 20 Washington Place, Providence, Rhode Island and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

/s/ Brooks R. Magratten .
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: December 12, 2006

cc: Allied Court Reporters

CERTIFICATE OF SERVICE

To:

Michael A. Kelly, Esq.
Keith E. Fayan, Esq.
Law Offices of Michael A. Kelly
55 Pine Street - Suite 5000
Providence RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Notice to Take Deposition of Defendant Edward Roberts by mailing first class mail, postage prepaid, on the 12th day of December, 2006.

/s/ Brooks R. Magratten