**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **GRAND BANKS YACHTS LTD., GRAND BANKS YACHTS PTE LTD. and GRAND BANKS YACHTS SDN BHD,** ***Plaintiffs,*** | **CASE NO.: CA 06-174T** |
| **VS.** | |
| **EDWARD A. ROBERTS,** ***Defendant.*** | |

## WITHDRAWAL OF APPEARANCE

**NOW COMES** Keith E. Fayan, Esquire, of the Law Offices of Michael A. Kelly, PC, 55 Pine Street, Suite 5000, Providence, Rhode Island 02903, and hereby withdraws his appearance as counsel for Edward A. Roberts ("Defendant") in the above-entitled Action due to his imminent resignation from association with the aforesaid law firm.

Michael A. Kelly, Esquire, John O. Mancini, Esquire or any other attorney in this Action who has entered their appearance on behalf of Defendant, shall remain counsel for Defendant.

***(REMAINDER OF PAGE LEFT INTENTIONALLY BLANK)***

Defendant,

**EDWARD A. ROBERTS**

By his Attorneys,

/s/ Keith E. Fayan_
Michael A. Kelly, Esq. (#2116)
John O. Mancini, Esq. (#6061)
Keith E. Fayan, Esquire (#7065)
Law Offices of Michael A. Kelly, PC
55 Pine Street, Suite 5000
Providence, RI 02903
TEL.: (401) 490-7334
FAX: (401) 490-7874
www.maklawfirm.com

Dated: 23 January 2007

**CERTIFICATON**

I hereby certify that I electronically filed this Withdrawal of Appearance on January 23, 2007. The motion is available for viewing from the Court's Electronic Case Filing system ("ECF"). Plaintiffs' attorneys are identified below and are registered with the ECF system. Accordingly, they shall receive notice by electronic means.

Brooks R. Magratten, Esquire
Timothy M. Bliss, Esquire
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Keith E. Fayan_