UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND BANKS YACHTS LTD, GRAND BANKS YACHTS PTE LTD and GRAND BANKS YACHTS SDN BHD, Plaintiffs | ) | C.A. No. 06-174T |
| v. | ) | |
| EDWARD A. ROBERTS, Defendant | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that pursuant to Fed. R. Civ. P. Rule 41(a), the captioned suit is hereby dismissed with prejudice, each party to bear its own costs and fees.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ Michael A. Kelly
Michael A. Kelly, Esq., #2116
LAW OFFICES OF MICHAEL A. KELLY
Attorneys for Defendant
55 Pine Street – Suite 5000
Providence, Rhode Island 02903
(401) 490-7334
(401) 490-7874 FAX
mkelly@maklaw.com

Dated: August 6, 2007